**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00516-CV

**IN RE THE COMMITMENT OF RICKEY LYNN SAWYER**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CV1670004**

## ORDER

This appeal was submitted on March 7, 2018. The clerk's record does not include a copy of the court's charge and the jury's verdict, as required by the rules of appellate procedure. *See* TEX. R. APP. P. 34.5(a)(4). Accordingly, we **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the charge of the court and the verdict. The supplemental clerk's record is due no later than **July 5, 2018**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the District Clerk and counsel for the parties.

/s/     MOLLY FRANCIS
         PRESIDING JUSTICE